IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

FEB 15 2024

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CEDRIC MINGER,<br>(All counts)<br><br>and<br><br>VICTOR JONES,<br>(Counts 3–8)<br><br>Defendants. | Case No. 1:24-cr-39<br><br>Cts. 1 & 9: 18 U.S.C. §§ 2313 and 2<br>(Possession of a Stolen Vehicle)<br><br>Cts. 2, 3, 7, & 8: 18 U.S.C. §§ 2312 and 2<br>(Transportation of a Stolen Vehicle)<br><br>Ct. 4: 18 U.S.C. § 371<br>(Conspiracy to Steal Firearms from Federal Firearms Licensees)<br><br>Ct. 5: 18 U.S.C. §§ 922(u) and 2<br>(Theft of Firearms from Federal Firearms Licensee)<br><br>Ct. 6: 18 U.S.C. §§ 922(i) and 2<br>(Transportation of Stolen Firearms)<br><br>Forfeiture Notice |

## INDICTMENT

February 2024 Term – at Alexandria

COUNT ONE
(Possession of a Stolen Vehicle)

THE GRAND JURY CHARGES THAT:

On or about February 8, 2023, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, CEDRIC MINGER, did possess, conceal, store, and dispose of a stolen motor vehicle, that is, a 2015 Hyundai Sonata with Vehicle Identification Number 5NPE34AF3FH089694, which vehicle had crossed a State boundary after being stolen on or

about February 6, 2023, in the State of Maryland, and then subsequently brought into the Commonwealth of Virginia, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Sections 2313 and 2.)

## COUNT TWO
(Transportation of a Stolen Vehicle)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 8, 2023, in Prince William County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, CEDRIC MINGER, did unlawfully transport in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, a stolen motor vehicle, that is, a 2013 Kia Optima with Vehicle Identification Number 5XXGR4A61DG145583 and a 2018 Kia Stinger with Vehicle Identification Number KNAE25LA2J6021493, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Sections 2312 and 2.)

## COUNT THREE
(Transportation of a Stolen Vehicle)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 24, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants, CEDRIC MINGER and VICTOR JONES, did unlawfully transport in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, a stolen motor vehicle, that is, a 2023 Dodge Charger Scat Pack with Vehicle Identification Number 2C3CDXGJ2PH508876, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Sections 2312 and 2.)

## COUNT FOUR
### (Conspiracy to Steal Firearms from Federal Firearms Licensees)

THE GRAND JURY FURTHER CHARGES THAT:

From no later than on or about April 29, 2023, through at least on or about May 10, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants, CEDRIC MINGER and VICTOR JONES, did knowingly and unlawfully combine, conspire, confederate, and agree together with each other, and with others known and unknown to the grand jury, to knowingly and unlawfully steal, take, and carry away from the premises of persons who were licensed to engage in the business of importing, manufacturing, and dealing in firearms, firearms in the licensees' business inventories that had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(u).

### PURPOSE, MANNER, AND MEANS OF THE CONSPIRACY

The purpose of the conspiracy was to obtain firearms from businesses in the Eastern District of Virginia and elsewhere by burglary of such premises. The manner and means by which this purpose was carried out included the following:

1. It was part of the conspiracy that the co-conspirators would and did play different roles in the commission of the burglary and attempted burglaries described in the Overt Acts section below, among which were driver and burglar.

2. It was further part of the conspiracy that the co-conspirators would and did use stolen vehicles in the commission of the burglary and attempted burglaries.

### OVERT ACTS

In furtherance of the conspiracy and in order to effect the object thereof, the defendants and their co-conspirators committed and caused to be committed the following overt acts, among others, in the Eastern District of Virginia and elsewhere:

5

1. On or about April 29, 2023, the defendants, CEDRIC MINGER and VICTOR JONES, along with two other co-conspirators, traveled from Washington, D.C. to Springfield, Virginia, in a stolen 2015 Acura ILX with Vehicle Identification Number 19VDE1F55FE009698, where they approached the premises occupied by Dominion Defense, a federal firearms licensee.

2. Upon arriving at Dominion Defense, defendant MINGER led the group by flashlight from the parking lot to the business's backdoor.

3. Once gathered around the backdoor, defendant MINGER noticed a Ring security camera system and motioned to the others. In response, defendant JONES retrieved body lotion from a co-conspirator's backpack. Defendant JONES then smeared the lotion over the lens of the security camera to obstruct its view.

4. After struggling with the door for several minutes, the defendants and their co-conspirators were able to break the exterior door's glass.

5. Defendant MINGER attempted to gain entry to the business through the interior door for several more minutes, at one point resorting, without success, to shooting a round at the door with a firearm.

6. Ultimately, defendant MINGER shimmied his way through an opening at the top of the interior door.

7. Once inside, defendant MINGER removed the following items, each of which qualifies as a firearm within the meaning of Title 18, United States Code, Section 921(a)(3), from inside the store, passing them on to defendant JONES and others:

| Manufacturer | Model | Type | Caliber | Serial Number |
| --- | --- | --- | --- | --- |
| Adams Arms | P1 | Rifle | 5.56x45mm | AA0015822 |
| B&T | APC9SD | Silencer | 9mm | US-22649915 |
| B&T | SD-123377 | Silencer | 9mm | US-231594 |

| B&T | Impuls-OLS | Silencer | 9mm | US-2210119 |
|---|---|---|---|---|
| B&T | APC9 | Short Barrel Rifle | 9mm | US-2212942 |
| B&T | APC9 | Short Barrel Rifle | 9mm | US-2212945 |
| B&T | APC9 K | Pistol | 9mm | US-2243498 |
| B&T | APC9 SD | Pistol | 9mm | US-22-64991 |
| B&T | APC9 PRO | Pistol | 9mm | US-22-68358 |
| B&T | SPC9 PDW | Short Barrel Rifle | 9mm | 22-72795 |
| BP Firearms | Sandman K | Silencer | 7.62mm | MPA-02056 |
| Canik | TP9 | Pistol | 9mm | 22BN06900 |
| Canik | TP9 Elite | Pistol | 9mm | BN21635 |
| Colt | Mark IV | Pistol | .45 | FG92648 |
| Colt | 1911 | Pistol | .45 | 26946 |
| Daniel Defense | M4 V7 | Rifle | 5.56x45mm | DDM4384436 |
| FN | 509 CT | Pistol | 9mm | GKS0209727 |
| Geissele | Super Duty | Rifle | 5.56x45mm | SD556036485 |
| Glock | G30 | Pistol | .45 | MTF809 |
| Glock | G36 | Pistol | .45 | BYDM519 |
| Glock | G28 | Pistol | .380 | AHSL641 |
| Glock | G47 | Pistol | 9mm | BZLY594 |
| Glock | G30S | Pistol | .45 | BYSL936 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC872 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC890 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC868 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC865 |
| Glock | G19 X | Pistol | 9mm | BYFY781 |
| Glock | G21 | Pistol | .45 | AGUW769 |
| Glock | G33 | Pistol | .357 | CFR326US |
| Glock | G14 Gen 4 | Pistol | 9mm | BAGM942 |
| Glock | G22 | Pistol | .40 | UFA551 |
| Glock | G22 | Pistol | .40 | VGM314 |
| Glock | G30 | Pistol | .45 | BDKA963 |
| Glock | G17 | Pistol | 9mm | JQ3368 |
| Glock | G23 C | Pistol | .40 | DTB357US |
| Glock | 45 MOS | Pistol | 9mm | BZXW630 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZFB401 |
| GSG | Firefly | Pistol | .22 | F404287 |
| Kimber | EVO SP | Pistol | 9mm | B0008922 |

| LWRC | M6 | Short Barrel Rifle | 5.56x45mm | 03-14587 |
|---|---|---|---|---|
| Ruger | SR40C | Pistol | .40 | 34332431 |
| Sig Sauer | M400 | Rifle | 5.56x45mm | 200L110504 |
| Smith & Wesson | M&P 22 | Pistol | .22 | HJS9534 |
| Smith & Wesson | M&P 15 | Rifle | 5.56x45mm | TU6672 |
| Smith & Wesson | M&P 380 Shield EZ | Pistol | .380 | RHF1722 |
| Springfield | Hellcat | Pistol | 9mm | BB529240 |
| Springfield | XD 45 | Pistol | .45 | US685526 |
| TISAS | 1911 | Pistol | .45 | T062021AK01910 |
| Walther | PDP | Pistol | 9mm | FDP7647 |
| Walther | PDP F | Pistol | 9mm | 07298GB |
| Walther | PDP F | Pistol | 9mm | 00591GB |

8. The defendants and their co-conspirators stashed the firearms in the stolen Acura ILX in which they had arrived.

9. Immediately thereafter, the defendants and their co-conspirators fled the area with the firearms and returned to Washington, D.C.

10. On or about April 30, 2023, the defendants traveled to Engage Armament, a federal firearms licensee located in Rockville, Maryland.

11. The defendants approached the business's exterior door, which defendant MINGER broke by throwing a heavy object at it.

12. The defendants entered the vestibule of the business but then fled after they were unable to bypass the interior door to the business.

13. On or about April 30, 2023, after the attempted burglary of Engage Armament, defendant JONES used his phone to search for gun stores in Virginia.

14. On or about May 10, 2023, defendant MINGER and at least two co-conspirators traveled in a stolen Nissan Sentra with Vehicle Identification Number 3N1AB8CVXMY307095

to Fallston, Maryland, where they attempted to burglarize Top Gun Firearms, a federal firearms licensee. The group fled after their attempt to gain entry to the premises triggered the store's security alarm.

(All in violation of Title 18, United States Code, Section 371.)

## COUNT FIVE
(Theft of Firearms from a Federal Firearms Licensee)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 29, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendants, CEDRIC MINGER and VICTOR JONES, did knowingly and unlawfully steal, take, and care away from the premises of a person who was licensed to engage in the business of importing, manufacturing, and dealing in firearms, to wit: Dominion Defense, 52 firearms in the licensee's business inventory, all of which were shipped and transported in interstate and foreign commerce, such firearms as described in Overt Act 7 of Count Four of this Indictment, which description is realleged and incorporated by reference as if set forth fully herein.

(In violation of Title 18, United States Code, Sections 922(u) and 2.)

## COUNT SIX
(Transportation of Stolen Firearms)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 29, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants, CEDRIC MINGER and VICTOR JONES, did knowingly transport and ship in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, the stolen firearms listed below, knowing and having reasonable cause to know the firearms were stolen:

| Manufacturer | Model | Type | Caliber | Serial Number |
|---|---|---|---|---|
| Adams Arms | P1 | Rifle | 5.56x45mm | AA0015822 |
| B&T | APC9SD | Pistol | 9mm | US-22-64991 |
| Daniel Defense | M4 V7 | Rifle | 5.56 x45mm | DDM4384436 |
| Geissele | Super Duty | Rifle | 5.56 x45mm | SD556036485 |
| Glock | G36 | Pistol | .45 | BYDM519 |
| Glock | G19 X | Pistol | 9mm | BYFY781 |
| Glock | G33 | Pistol | .357 | CFR326US |
| Glock | G17 | Pistol | 9mm | JQ3368 |
| Sig Sauer | M400 | Rifle | 5.56x45mm | 200L110504 |
| Smith & Wesson | M&P 15 | Rifle | 5.56x45mm | TU06672 |
| Springfield | Hellcat | Pistol | 9mm | BB529240 |

(In violation of Title 18, United States Code, Sections 922(i) and 2.)

## COUNT SEVEN
(Transportation of a Stolen Vehicle)

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 2, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants, CEDRIC MINGER and VICTOR JONES, did transport in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, a stolen motor vehicle, that is, a 2021 Nissan Sentra with Vehicle Identification Number 3N1AB8CVXMY307095 and a 2023 Nissan Rogue with Vehicle Identification Number 5N1BT3CB8PC819163, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Sections 2312 and 2.)

## COUNT EIGHT
(Transportation of a Stolen Vehicle)

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 2, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendants, CEDRIC MINGER and VICTOR JONES, did transport in interstate commerce, from the State of Maryland to the Commonwealth of Virginia, a stolen motor vehicle, that is, a 2015 Acura ILX with Vehicle Identification Number 19VDE1F55FE009698, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Sections 2312 and 2.)

## COUNT NINE
(Possession of a Stolen Vehicle)

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 2, 2023, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, CEDRIC MINGER, did possess, conceal, store, and dispose of a stolen motor vehicle, that is, a 2015 Acura ILX with Vehicle Identification Number 19VDE1F55FE009698, which vehicle had crossed a State boundary after being stolen on or about April 5, 2023, in the Commonwealth of Virginia, where it was subsequently brought to the State of Maryland and then brought back into the Commonwealth of Virginia, knowing the same to have been stolen.

(In violation of Title 18, United States Code, Sections 2313 and 2.)

FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendants, CEDRIC MINGER and VICTOR JONES, are hereby notified that, if convicted of Counts One, Two, Three, Seven, Eight, and/or Nine set forth in this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(5) and 3665, the following: (1) any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation; and (2) any firearms and ammunition found in the possession or under the immediate control of the defendant at the time of his arrest.

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendants, CEDRIC MINGER and VICTOR JONES, are hereby notified that, if convicted of any of the Counts set forth in this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the offense.

The property subject to forfeiture includes, but is not limited to, the following:

| Manufacturer | Model | Type | Caliber | Serial Number |
|---|---|---|---|---|
| Adams Arms | P1 | Rifle | 5.56x45mm | AA0015822 |
| B&T | APC9SD | Silencer | 9mm | US-22649915 |
| B&T | SD-123377 | Silencer | 9mm | US-231594 |
| B&T | Impuls-OLS | Silencer | 9mm | US-2210119 |
| B&T | APC9 | Short Barrel Rifle | 9mm | US-2212942 |
| B&T | APC9 | Short Barrel Rifle | 9mm | US-2212945 |
| B&T | APC9 K | Pistol | 9mm | US-2243498 |
| B&T | APC9 SD | Pistol | 9mm | US-22-64991 |
| B&T | APC9 PRO | Pistol | 9mm | US-22-68358 |

15

| | | | | |
|---|---|---|---|---|
| B&T | SPC9 PDW | Short Barrel Rifle | 9mm | 22-72795 |
| BP Firearms | Sandman K | Silencer | 7.62mm | MPA-02056 |
| Canik | TP9 | Pistol | 9mm | 22BN06900 |
| Canik | TP9 Elite | Pistol | 9mm | BN21635 |
| Colt | Mark IV | Pistol | .45 | FG92648 |
| Colt | 1911 | Pistol | .45 | 26946 |
| Daniel Defense | M4 V7 | Rifle | 5.56x45mm | DDM4384436 |
| FN | 509 CT | Pistol | 9mm | GKS0209727 |
| Geissele | Super Duty | Rifle | 5.56x45mm | SD556036485 |
| Glock | G30 | Pistol | .45 | MTF809 |
| Glock | G36 | Pistol | .45 | BYDM519 |
| Glock | G28 | Pistol | .380 | AHSL641 |
| Glock | G47 | Pistol | 9mm | BZLY594 |
| Glock | G30S | Pistol | .45 | BYSL936 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC872 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC890 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC868 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZLC865 |
| Glock | G19 X | Pistol | 9mm | BYFY781 |
| Glock | G21 | Pistol | .45 | AGUW769 |
| Glock | G33 | Pistol | .357 | CFR326US |
| Glock | G14 Gen 4 | Pistol | 9mm | BAGM942 |
| Glock | G22 | Pistol | .40 | UFA551 |
| Glock | G22 | Pistol | .40 | VGM314 |
| Glock | G30 | Pistol | .45 | BDKA963 |
| Glock | G17 | Pistol | 9mm | JQ3368 |
| Glock | G23 C | Pistol | .40 | DTB357US |
| Glock | 45 MOS | Pistol | 9mm | BZXW630 |
| Glock | G17 Gen 4 | Pistol | 9mm | ZFB401 |
| GSG | Firefly | Pistol | .22 | F404287 |
| Kimber | EVO SP | Pistol | 9mm | B0008922 |
| LWRC | M6 | Short Barrel Rifle | 5.56x45mm | 03-14587 |
| Ruger | SR40C | Pistol | .40 | 34332431 |
| Sig Sauer | M400 | Rifle | 5.56x45mm | 200L110504 |
| Smith & Wesson | M&P 22 | Pistol | .22 | HJS9534 |
| Smith & Wesson | M&P 15 | Rifle | 5.56x45mm | TU6672 |

| Smith & Wesson | M&P 380 Shield EZ | Pistol | .380 | RHF1722 |
|---|---|---|---|---|
| Springfield | Hellcat | Pistol | 9mm | BB529240 |
| Springfield | XD 45 | Pistol | .45 | US685526 |
| TISAS | 1911 | Pistol | .45 | T062021AK01910 |
| Walther | PDP | Pistol | 9mm | FDP7647 |
| Walther | PDP F | Pistol | 9mm | 07298GB |
| Walther | PDP F | Pistol | 9mm | 00591GB |

Pursuant to Title 21, United States Code, Section 853(p), the defendants, CEDRIC MINGER and VICTOR JONES, shall forfeit substitute property, if, by any act or omission of the defendants, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(All pursuant to Title 18, United States Code, Sections 924(d)(1), 982(a)(5), and 3665; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Meredith J. Edwards
Assistant United States Attorney

17